# UNITED STATES DISTRICT COURT
for the
District of Alaska

SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Amazon.com, Inc
300 Deschutes Way, SW
Suite 304
Tumwater, WA 98501

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States Attorney's Office<br>222 West 7th Avenue, #9, RM 253<br>Anchorage, AK 99513-7567 | Date and Time: December 13, 2022<br>9:00 A.M. |
|---|---|

**YOU MUST** also bring with you the following documents, electronically stored information, or objects (blank if not applicable):
* PLEASE SEE THE SUBPOENA ATTACHMENT.

** PLEASE PROVIDE THE REQUESTED DOCUMENTS IN ELECTRONIC FORMAT TO: usaak.sp.responses@usdoj.gov. Please contact the Budget Officer, David Urrea, at (907) 271-5071 or usaak.budget@usdoj.gov with any invoice or payment questions you may have.

For all compliance, extensions or records questions please email usaak.sp.responses@usdoj.gov

Date: November 16, 2022

Clerk of Court

Brian Karth
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are:

Seth Beausang
U.S. Courthouse and Federal Building  222 W. 7th Ave, #9, Room 253  Anchorage,  AK  99513-7567
907-271-5071
usaak.sp.responses@usdoj.gov

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* Amazon.com, Inc
was received by me on *(date)* _____ .

❒ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❒ I returned the subpoena unexecuted because: _____

_____ .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:



**Grand Jury Subpoena Attachment Form**
Department of Justice

**United States Attorney**
District of Alaska

## ATTACHMENT

To:   Amazon.com, Inc.

Attn: Legal Department --Subpoena

300 Deschutes Way SW, Suite 304

Tumwater, WA 98501

**For:** All open /closed account information and records concerning the account(s) affiliated with any of the following identifiers from account creation to present.

Name: Shay Monkiewicz

SSAN: 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

DOB: 08/10/1995

Address: 1110 Purtov Kodiak, AK 99615

Email Address: shaymonkiewicz1@gmail.com

All Amazon records with regard to the above identifiers to include:

A) Amazon account information including: name, addresses, email addresses, phone numbers, financial instruments, IP addresses, financial summaries. B) Amazon Transaction Log including: payments sent/received, transaction dates/times, transaction amounts (including Amazon fees), Counter Party/Shipping Info, Withdrawals to bank account, Amazon Debit Card Purchases. C) Amazon Activity Log including: Address Changes/Additions, Phone Number Changes/ Additions, Addition/ Removal of Financial Instruments, Login/Log Out Times, Log In Failures/Attempts, Email Address Additions, Account Preference Changes.

If you have any questions, please call FBI SA Derek Espeland at (907) 265-8131, or via e-mail at ddespeland@fbi.gov.

Records are requested in the form of electronic media.

**Please email or mail your response to:**

Seth Beausang
Assistant United States Attorney
District of Alaska
222 West 7th Avenue, Suite 253
Anchorage, Alaska
E-mail: USAAK.SP.Responses@usdoj.gov



**U.S. Department of Justice**

United States Attorney
District of Alaska

*James M. Fitzgerald Federal Building & U.S. Courthouse*
*222 West 7th Avenue, #9, Room 253*     Commercial: (907) 271-5071
*Anchorage, AK  99513-7567*                     Fax: (907) 271-3224

Nov 17, 2022

Amazon.com, Inc.
Attn: Legal Department—Subpoena
300 Deschutes Way SW, Suite 304
Tumwater, WA 98501

Re:     Grand Jury Subpoena Duces Tecum

Dear Custodian of Records:

| **Your Appearance Date** |
|:---:|
| Tuesday, December 13, 2022 |

You have been served with a grand jury subpoena duces tecum, to produce certain enumerated records before the Federal Grand Jury in Anchorage, Alaska, at 9:00 a.m. on the date listed in the block above.

You have the right to appear before the grand jury.  To minimize your inconvenience in complying with this subpoena, you may mail the requested documents certified to our office, or provide the documents to the agent serving the subpoena in lieu of personally producing the documents before the grand jury.

Should you decide to provide the documents by certified mail, the officer responsible for complying with this subpoena must execute the enclosed affidavit before a notary public.  This affidavit must accompany the documents being forwarded.

**Please be advised that disclosure of this subpoena may impede an ongoing criminal investigation.**

If you have any questions regarding the subpoena or the method by which that subpoena may be satisfied, please contact me collect at (907) 271-5071.

Sincerely,

S. LANE TUCKER
United States Attorney

Enclosure(s):  Subpoena
                       Affidavit of Compliance
                       Acceptance of ESI
                       ECPA Importance Notice

s/ SETH BEAUSANG
_____
SETH BEAUSANG
Assistant U.S. Attorney